The Chase National Bank of the City of New York et al., as Executors of and Trustees under the Will of Philip Gurian, Deceased, Respondents, *v.* Leo Tover et al., Appellants.

(Argued March 18, 1936; decided April 15, 1936.)

*Jay Leo Rothschild* and *Walter S. Beck* for appellants.
*David Steckler* and *Edmund B. Hennefeld* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.